1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
3  23679 Calabasas Road, Suite 403
4  Calabasas, California  91302
   Telephone:  818.438.1332
5  Facsimile:  818.854.6899
6  Attorneys for Plaintiff
7

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11
   ALICIA JARAMILLO ZAVALA,    )
12                             ) CASE NO.: 2:13-cv-03900-PLA
        Plaintiff,             )
13                             )
14                             )
   v.                          )
15                             ) ORDER
   CAROLYN W. COLVIN, Acting   ) AWARDING EAJA FEES
16 Commissioner of Social Security, )
17                             )
        Defendant.             )
18                             )
19 _____)

20     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
21     IT IS ORDERED that EAJA fees are awarded in the amount of THREE
22 THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to
23 the terms of the stipulation.
24

25
                                        /s/ Paul L. Abrams
26
   DATED:  10/14/2014         _____
27                             HONORABLE PAUL L. ABRAMS
28                             UNITED STATES MAGISTRATE JUDGE